BUTTERFIELD, Respondent, vs. McMAHON and others, Appellants.

For the appellants: *Omar T. McMahon* of Milwaukee.
For the respondent: *Chas. H. Avery* of Antigo.
*By the Court.*—Order affirmed.

LOIGNON (CHARLES J.), Plaintiff and Respondent, vs. SCHNELLER, Appellant, BEAUCHAMP, Defendant and Respondent.
LOIGNON (JOSEPHINE), Plaintiff and Respondent, vs. SCHNELLER, Appellant, BEAUCHAMP, Defendant and Respondent.

For the appellant: *Allan V. Classon* of Oconto and *Chadek & Cornelisen* of Green Bay.
For the respondents Charles J. Loignon and Josephine Loignon: *Archie McComb* of Green Bay.
For the respondent Beauchamp: *McGillan & Alk* of Green Bay.
*By the Court.*—Judgment affirmed.

DILLON, Respondent, vs. DILLON, Appellant.

For the appellant: *Thos. J. O'Brien* of Hudson and *F. M. White* of River Falls.
For the respondent: *W. T. Doar* of New Richmond.
*By the Court.*—Judgment affirmed.